# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943  
Fax (414) 271-9344  
chp13@execpc.com

740 N. Plankinton Avenue  
Suite 400  
Milwaukee, Wisconsin 53203

September 1, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

FILED MAIL

SEP 02 2009

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

RE: DBTR: I-Ming Sun
    CASE NO: 05-27422 SVK
    CREDITOR: Bank of New York

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1054357 which replaces check # 1057144 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the creditor.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE




cc: file

**Mary B. Grossman**
**Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

July 30, 2009
64-79
611

SunTrust Bank

No. 1054357

PAY** One Hundred Fifty Three Dollars and 06 Cents****************************************
TO THE ORDER OF

AMOUNT ***************$153.06 ***

00024113
BANK OF NEW YORK
P.O. BOX 6042
MOUNT VERNON, NY 10558-6042

VOID AFTER October 28, 2009
Positive Pay Account

⑈1054357⑈ ⑆061100790⑆ 000000575177⑈

Mary B. Grossman, Chapter 13 Trustee
Pay to: 00024113  BANK OF NEW YORK

Check No. 1054357

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-27422-SVK | 004-0 | I-MING SUN | 80-80-000-424139 | 1,106.68 | 153.06 | 0.00 | 153.06 |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Mary B. Grossman** | | | | | | | August 27, 2009 |
| **Chapter 13 Trustee** | | | | | | | |
| 740 Plankinton Ave | | | | | | | |
| Suite 400 | | | SunTrust Bank | | 64-79 / 611 | | No. 1057144 |
| Milwaukee, WI 53203 | | | | | | | |

PAY** One Hundred Fifty Three Dollars and 06 Cents********************************************************************
TO THE ORDER OF                                                                                         AMOUNT ****************$153.06***

      00000965                                                                                    VOID AFTER November 25, 2009
      CLERK OF US BANKRUPTCY COURT                                                         Positive Pay Account
      126 U S COURTHOUSE
      517 E. WISCONSIN AVENUE
      MILWAUKEE, WI  53202-

⑆1057144⑆ ⑈061100790⑈ 000000575177⑆

Mary B. Grossman, Chapter 13 Trustee                Check No. 1057144
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
   Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-27422-SVK | 004-0 | I-MING SUN | 80-80-000-424139 | 1,106.68 | 153.06 | 0.00 | 153.06 |